UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL LUIS SANTOS, | : | CIVIL ACTION NO. 3:CV-15-0243 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| JOSE LOPEZ HERNANDEZ, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 19th DAY OF MAY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 8), is **GRANTED** only for the purpose of filing the complaint.

2. The complaint is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

/s/ William J. Nealon
**United States District Judge**